**UNITED STATES of America,
Appellee,**

v.

**John F. McCAUL Jr., Appellant.**

No. 07–1292.

United States Court of Appeals,
Eighth Circuit.

Submitted: Sept. 27, 2007.

Filed: Oct. 2, 2007.

Before WOLLMAN, COLLOTON, and
BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

John F. McCaul, Jr., pleaded guilty to
possessing a firearm, which had traveled in
interstate commerce, after having been
previously convicted of attempted burglary
and three counts of robbery, in violation of
18 U.S.C. §§ 922(g)(1) and 924(e)(1).
Finding that McCaul's prior convictions
subjected him to enhanced sentencing as
an armed career criminal, the district
court[1] sentenced him to the statutory min-
imum of 15 years in prison. *See* 18 U.S.C.
§ 924(e)(1); U.S.S.G. § 4B1.4. On appeal,
McCaul argues for the first time that the
three robbery convictions, arising from
robberies that occurred on the same day,
should not be counted as separate predi-
cate offenses for enhancement purposes.

We find no plain error in the court's
treatment of the robbery convictions. *See*

---

[1]. The Honorable Laurie Smith Camp, United
States District Judge for the District of Ne-

*United States v. Patterson*, 481 F.3d 1029,
1034 (8th Cir.2007) (failure to raise issue at
sentencing results in plain-error review on
appeal); *United States v. Deroo*, 304 F.3d
824, 828 (8th Cir.2002) ("Crimes occurring
even minutes apart can qualify ... if they
have different victims and are committed
in different locations."); *United States v.
Hamell*, 3 F.3d 1187, 1191 (8th Cir.1993)
(two assaults committed within minutes of
each other were separate and distinct
criminal episodes); *see also, e.g., United
States v. Green*, 967 F.2d 459, 462 (10th
Cir.1992) (declining to depart from holding
that two burglaries occurring on same date
at different times and different places con-
stitute separate criminal episodes).

Accordingly, the judgment is affirmed.